**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10483

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Dustin W. Keel, Mandy L. Keel<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Dustin W. Keel, Mandy L. Keel, Debtors, Roger W. Brown, Trustee.<br><br>      Respondents. | No. 2:10-BK-10740-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 1, 2005 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Dustin W. Keel, Mandy L. Keel have an interest in, further described as:

> A parcel of land located in the West half of the East half of the North half of the Northwest quarter of the Southeast quarter of Section 30, Township 5 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, and more particularly described as follows:
>
> COMMENCING at a point being the East quarter corner of said Section 30;
>
> THENCE South 89 degrees 57 minutes 13 seconds West 1649.94 feet;
>
> THENCE South 00 degrees 04 minutes 34 seconds East 316.00 feet to the POINT OF BEGINNING;
>
> THENCE continuing South 00 degrees 04 minutes 34 seconds East 158.00 feet;
>
> THENCE South 89 degrees 57 minutes 12 seconds West 329.97 feet;
>
> THENCE North 00 degrees 04 minutes 42 seconds East 158.00 feet;
>
> THENCE North 89 degrees 57 minutes 12 seconds East 329.97 feet to the POINT OF BEGINNING.
>
> Said Parcel is subject to an easement for ingress, egress and utilities over the Easterly 20 feet thereof as shown on this survey.
>
> Said Parcel is to benefit from a Well Easement described as follows:
>
> The South 25 feet of the North 50 feet and the West 20 feet of the East 115 feet of the West half of the Northeast quarter of the Northwest quarter of the Southeast quarter of Section 30, Township 5 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.
>
> New 2005, CAVCO, Santa Fe, CAVAZD050482X/U, 58.7 X 31.5

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.